IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 12-cr-13-bbc |
| BRADFORD WHITE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The defendant Bradford White was sentenced in this Court on July 20, 2012.
Because the amount of restitution had not been determined, a hearing was set for
September 28, 2012.

The government and the defendant have stipulated to an amount of $843,797.93 in
restitution owing to the victims in this case.

ORDER

IT IS ORDERED that the defendant pay $843,797.93 in restitution to the victims in
this case. He shall pay $500 to the store owner and $843,297.93 to store owner's
insurance company as set forth in the Presentence Report. The addresses to which the
payments should be made will be provided to the Clerk's office by the U.S. Probation
office.

This amount is due payable immediately to the Clerk of Court for the Western
District of Wisconsin for disbursement to the victims. The defendant does not have the
economic resources to allow for payment of the full amount of restitution at this time.
Nominal payments of a minimum of $100 per month are to commence within 60 days of

his release from custody pursuant to 18 U.S.C. § 3664(f)(3)(B).

No interest is to accrue on the unpaid portion of the restitution.

Entered this _19th_ day of September.

BY THE COURT,

*Barbara B Crabb*

BARBARA B. CRABB
U.S. District Judge